Kirk D. Miller
*Kirk D.Miller, P.S.*
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH SCHWAGERL,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, JANE DOE, THERESA DOE, and MELISSA MEECH,<br><br>Defendants. | Case No.: 2:10-CV-00381-LRS<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) |

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)</u>

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, by and through his counsel of record, Kirk D. Miller of Kirk D. Miller, P.S., hereby give notice that the above-captioned action is voluntarily dismissed against the above-named defendants with prejudice.

NOTICE OF VOLUNTARY
DISMISSAL – FRCP 41(a)(1)(A)(i)

KIRK D. MILLER, P.S.
211 E. SPRAGUE AVE.
Spokane, WA 99202
Phone: (509)413-1494
Fax:  (509) 413-1724

1

DATED this 23th day of December, 2010.

*Kirk D. Miller, P.S.*

  /s/ Kirk D. Miller
Kirk D. Miller
Attorney for Plaintiff
WSBA # 40025
(509) 413-1494
kmiller@millerlawspokane.com

NOTICE OF VOLUNTARY
DISMISSAL – FRCP 41(a)(1)(A)(i)

KIRK D. MILLER, P.S.
211 E. SPRAGUE AVE.
Spokane, WA 99202
Phone: (509)413-1494
Fax:  (509) 413-1724